Edmund F. Gaetjens, an Infant, by August Gaetjens, His Guardian ad Litem, Respondent, Appellant, v. The City of New York and the Flatbush Gas Company, Appellants, Impleaded with The New York and New Jersey Telephone Company, Respondent.— Reargument ordered and case set down for Thursday, January 7, 1909. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Margaret M. Gaitings, Appellant, v. Brooklyn, Queens County and Suburban Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

William H. Gaitings, Appellant, v. Brooklyn, Queens County and Suburban Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Fred W. Giegerich, Respondent, v. August Kuhnla, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with costs, on the authority of *Loretz* v. *Metropolitan Street R. Co.* (34 App. Div. 1). Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Mary E. Gilroy, as Administratrix, etc., of Annie B. Gilroy, Deceased, Appellant, v. Andrew Mullen, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Isidore Giltman, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, on the authority of *Giltman* v. *Brooklyn Heights R. R. Co.* (*ante*, p. 654), decided herewith. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred,

Joseph Ginsburg and Solomon Rosenthal, Appellants, v. Aaron Potruch, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Bertha Glass, Respondent, v. Addison S. Sanborn, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. because of the error in the rejection of evidence of the defendant's counterclaim. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Edward J. Graham, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Louis D. Gray and Guy E. Millspaugh, etc., Respondents, v. William G. Sherman, Appellant, and Elizabeth Sherman, Defendant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward Hooker, Gaynor, Rich and Miller, JJ., concurred.